DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRITTANY HANFIELD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2813

[December 22, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case Nos. 07-017346-CF-10A, 07-018296-CF-10A and 07-018298-CF-10A.

Brittany Banfield, Ocala, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***